Form minordap

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* I80 Equipment, LLC  *Case No.:* 17–81749
*Debtor(s)*  *Chapter* 7

Jeana K. Reinbold
*Plaintiff(s)*

  v.

Lowe's Companies, Inc.
*Defendant(s)*  Adv. No. 19–08108

---

### *ORDER*

*Notice is hereby provided:*

☐   A Hearing having been held on the following matters:

☑   The following having been filed:

   1. Defendant's Motion to Extend Time to Respond to Complaint to March 6, 2020.

*IT IS ORDERED THAT:*

   *MATTER*     *ACTION*

   1.       Allowed

*Other:*

Dated: 2/4/20

                                    /S/   Thomas L. Perkins
                                United States Bankruptcy Judge

Go to **www.ilcb.uscourts.gov** for information regarding this court's ***mandatory*** electronic filing policy.