Form minordap

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* I80 Equipment, LLC                     *Case No.:* 17–81749
*Debtor(s)*                                     *Chapter* 7


Jeana K. Reinbold
*Plaintiff(s)*

    *v.*

Lowe's Companies, Inc.
*Defendant(s)*                                  Adv. No. 19–08108

---

## *ORDER*

*Notice is hereby provided:*

☐   A Hearing having been held on the following matters:

☑   The following having been filed:

    1.  Defendant's Motion to Extend Time to Respond to Complaint to May 1, 2020


*IT IS ORDERED THAT:*


    *MATTER*          *ACTION*

      1.              Allowed

*Other:*


Dated: 3/3/20

                        /S/   Thomas L. Perkins
                    United States Bankruptcy Judge


Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.